ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
waqw@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VEGA, | Case No: C08-3815 SC |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| PENINSULA HOUSEHOLD SERVICES, INC., MICHAEL GOFF, and DOES 1-10, | |
| Defendants | |

Plaintiff demands a jury trial of causes of action alleged in his Complaint.

Dated:  August 8, 2008                               By:  /s/ Adam Wang
                                                                   Adam Wang
                                                                   Attorney for Plaintiff