ADAM WANG, Bar. No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 286-6619
waqw@sbcglobal.net

Attorney for Plaintiff
GUILLERMO VEGA

David S. Rosenbaum, Esq., SBN. 151506
MCDOWALL COTTER, A.P.C.
2070 Pioneer Court
San Mateo, CA 94403
Tel: 650-572-7933
Fax: 650-572-0834
E-mail: drosenbaum@mcdlawyers.net

Attorney for Defendant,
PENINSULA HOUSEHOLD SERVICES, INC.
MICHAEL H. GOFF

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| GUILLERMO VEGA,<br>            Plaintiff,<br>    vs.<br>PENINSULA HOUSEHOLD SERVICES, INC.,<br>MICHAEL H. GOFF, et al.,<br>            Defendants | Case No.: C08-03815 SC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff, GUILLERMO VEGA, and Defendants PENINSULA HOUSEHOLD SERVICES, INC MICHAEL H. GOFF, through their respective counsel, stipulate as follows:

    1.   Plaintiff filed this action on August 11, 2008.

    2.   Currently, the Initial Case Management Conference is scheduled on November 14, 2008.

    3.   On October 30, 2008, Defendants filed a motion to dismiss under Rule 12(b)(1) and (6); the hearing date is scheduled on December 19, 2008.

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Vega v. Peninsula Household Services Inc., et al.**
                          1                    Case No. C08-03815 SC

4.       Given the pending motion on December 19, 2008, the Initial Case Management on November 14, 2008 seems premature; furthermore, Plaintiff's counsel has a schedule conflict in that day.  As such, parties stipulate to continue the Initial Case Management Conference to the time of the hearing on Defendants' motion to dismiss.

5.       Parties also stipulate to continue the hearing on Defendants' motion to dismiss from December 19, 2008 to January 9, 2009 due to Plaintiff counsel's pre-planned family vacation.

6.       As such, parties respectfully request that the Court reschedule the hearing on Defendants' motion to dismiss and the Initial Case Management Conference to January 9, 2008 at 10:00 AM.

Dated:  November 10, 2008            By: /s/ Adam Wang                   .
                                                             Adam Wang
                                                             Attorney for Plaintiff

Dated:  November 10, 2008            By: /s/ David Rosenbaum             .
                                                             David Rosenbaum
                                                             Attorney for Defendants

_____

[PROPOSED] ORDER

GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: November 12, 2008            By: _____.
                                                             Samuel Conti
                                                             United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti, United States District Court, Northern District of California*