UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VEGA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., ET AL,<br><br>        Defendant(s).<br>_____/ | No. C 08-03815 JCS<br><br>**ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS [Docket No. 23] AND CASE MANAGEMENT CONFERENCE [Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss the Amended Complaint for Lack of Jurisdiction is set for **March 20, 2009, at 9:30 a.m.** The reply brief, if not already filed, shall be due by **February 6, 2009.** IT IS HEREBY FURTHER ORDERED that pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, a Case Management Conference will be held in this case on **March 20, 2009, at 9:30 a.m.,** following oral argument on the Motion to Dismiss. All parties and counsel shall report to Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file an updated joint case management statement and proposed order no later **March 13, 2009**. If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only

1 | by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.
2 |     IT IS SO ORDERED.
3 |
4 | Dated:  January 21, 2009
5 |                           JOSEPH C. SPERO
                          United States Magistrate Judge

**United States District Court**
For the Northern District of California