ADAM WANG, Bar. No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 286-6619
waqw@sbcglobal.net

Attorney for Plaintiff
GUILLERMO VEGA

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| GUILLERMO VEGA,<br><br>          Plaintiff,<br><br>     vs.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., MICHAEL H. GOFF, et al.,<br><br>          Defendants | C08-03815 JCS<br><br>NOTICE OF SETTLEMENT |

Plaintiff informs the Court parties have reached a settlement in this case and is in the process of finalizing a written agreement.  As such, Plaintiff respectfully requests this Court to continue the Case Management Conference currently scheduled for March 20, 2009 for 15 days to April 3, 2009.

DATED:  November 14, 2008            By: /s/ Adam Wang
                                          ADAM WANG
                                          Attorneys for Plaintiff

Dated:  March 16, 2009



IT IS SO ORDERED
Judge Joseph C. Spero

**CASE MANAGEMENT STATEMENT**
Vega v Peninsular Household Services Inc., et al.
                                          1                                          **C08-03815 JCS**