ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
adamqwang@gmail.com

Attorney for Plaintiffs


David S. Rosenbaum, Esq., SBN. 151506
MCDOWALL COTTER, A.P.C.
2070 Pioneer Court
San Mateo, CA 94403
Tel: 650-572-7933
Fax: 650-572-0834
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VEGA<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br><br>PENINSULA HOUSEHOLD SERVICES, INC., MICHAEL H. GOFF, et al.,<br><br>　　　　Defendants | Case No.: C08-03815 SC<br><br>STIPULATION TO DISMISS WITH PREJUDICE & [~~PROPOSED~~] ORDER THEREON |

　　　　Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

　　　　1.　　Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

　　　　2.　　As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated: April 2, 2009          By:     /s/ ADAM WANG
                                      ADAM WANG
                                      Attorney for Plaintiffs

Dated: April 2, 2009

                              By:   /s/ DAVID S. ROSENBAUM
                                    DAVID S. ROSENBAUM
                                    Attorney for Defendants

_____
[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: April _2__, 2009          _____
                                 Joseph C. Spero
                                 United States Magistrate Judge

*Judge Joseph C. Spero — United States District Court, Northern District of California (seal)*

2                    C08-03815 SC
STIPULATION TO DISMISS
Vega, et al. v. Peninsula Household Services, et al.